AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | |
|---|---|
| HENRIETA ONDREJKOVA <br><br> *Plaintiff(s)* <br> v. <br> BAROK, LLC, a Florida limited liability company, <br> MADE IN STARS, INC., a Florida corporation, <br> CEDRIC COHEN and MICHELE GHOUZI <br><br> *Defendant(s)* | Civil Action No. 16-cv-21644-Altonaga/O'Sullivan |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  BAROK, LLC. a Florida limited liability company, by serving:
CEDRIC COHEN, as its Registered Agent
200 WEST AVENUE, # 726
MIAMI BEACH, FL 33139


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> WHITELOCK & ASSOCIATES, P.A.
> 300 SOUTHEAST THIRTEENTH STREET
> FORT LAUDERDALE, FLORIDA  33301

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Date: May 10, 2016

Steven M. Larimore
Clerk of Court

**SUMMONS**

*s/ S. Reid*
Deputy Clerk
U.S. District Courts